IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ | No. MDL 05-01699 CRB<br><br>**ORDER DENYING MOTION TO COMPEL DISCOVERY AND MORION REQUESTING COURT [TO] APPOINT EXPERT** |
| *This document relates to:*<br><br>Harril Glen Scott, 12-2033<br>_____/ | |

The Court is in receipt of *pro se* Plaintiff Harril Glen Scott's Motion to Compel Discovery (dkt. 44) and Motion Requesting Court [to] Appoint Expert (dkt. 45). The Court DENIES the first motion for the reasons stated in its Order of August 2, 2012 (dkt. 42). It DENIES the second motion because Plaintiff is not entitled to a court-appointed expert.

**IT IS SO ORDERED.**

Dated: August 10, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\order re scott 8-9-12.wpd